# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JENNIFER L. RYAN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNITED STATES DEPARTMENT § <br> OF JUSTICE and KAREN E. ROCHLIN, § <br> § <br> Defendants. § | Civil Action No. 3:25-cv-00325-X-BT |

## PROOF OF SERVICE ON ATTORNEY GENERAL PAM BONDI

I, Chase Smiley, over 18 years of age and not a party to this action, certify that I served the summons and complaint (Docket No. 5) on the United States Department of Justice by certified mail, return receipt requested, to 950 Pennsylvania Avenue NW, Washington, D.C. 20530, on February 12, 2025, at the direction of Jennifer L. Ryan. Service was completed on **March 20, 2025,** as confirmed by the United States Postal Service and evidenced by the attached return receipt (Exhibit A). This complies with Fed. R. Civ. P. 4(i)(2) for service on a United States agency.

Date: April 22, 2025

_Signed by_
Chase Smiley
407 E. Tyler St.
Richardson, TX 75081
chasesmiley@me.com

Submitted by:

/s/ Jennifer L. Ryan

Jennifer L. Ryan, Pro Se
469-491-0587
jennaryanrealty@gmail.com

## CERTIFICATE OF SERVICE

I, Jennifer L. Ryan, certify that on April 22, 2025, I will serve a true and correct copy of this Proof of Service on counsel for Defendant DOJ, George Pardis, via email, and on Karen E. Rochlin (pending substituted service) per Fed. R. Civ. P. 5.

/s/ Jennifer L. Ryan



