# CBSDFW PayPal YouTube Video + Comments



https://www.youtube.com/watch?v=UgPrFCikw30

EXHIBIT #



≡  ▶ **Premium**                cbs jenna ryan paypal



OBJECTED TO CERTIFYING THE

10:09  53"

0:02 / 0:26

North Texas Realtor Jenna Ryan, Arrested For Alleged Role In Capitol Riot, Kicked Off PayPal

270,184 views · Jan 21, 2021            👍 4.6K   👎 DISLIKE   ↗ SHARE   ☰+ SAVE   ...



**CBSDFW** ✓                                              SUBSCRIBED   🔔
272K subscribers

Ryan, who was arrested last Friday, Jan. 15, asked her Twitter followers for help Thursday
afternoon, sharing a link to a PayPal account where supporters could offer a donation.

≡  ▶ **Premium**                cbs jenna ryan paypal





OBJECTED TO CERTIFYING THE

10:09  53"

0:02 / 0:26

North Texas Realtor Jenna Ryan, Arrested For Alleged Role In Capitol Riot, Kicked Off PayPal

270,184 views · Jan 21, 2021            👍 4.6K   👎 DISLIKE   ↗ SHARE   ☰+ SAVE   ...



**CBSDFW** ✓                                              SUBSCRIBED   🔔
272K subscribers

Ryan, who was arrested last Friday, Jan. 15, asked her Twitter followers for help Thursday
afternoon, sharing a link to a PayPal account where supporters could offer a donation.



**808080** 1 year ago

I'm watching every single one of these local news broadcasts about seditious rioters being arrested or getting removed from services. Gives me faith in our country

👍 173  👎    REPLY

▼ View 12 replies



**Perfect Students** 1 year ago

Texas Real Estate Commission should revoke Jenna Ryan's real estate and broker license.

👍 199  👎    REPLY

▼ View 41 replies



**Janie Lunday** 1 year ago

She lives in the city right next to me. Most of the women around here act like they can never do anything wrong. But she got caught on camera and will pay for it. Then comes the criminal charges.

👍 220  👎    REPLY



**Linda Pinda Belinda** 1 year ago

Her house looks nice, expecting it to be on the market in a few days for legal fees.

👍 14  👎    REPLY



**Frank Serpico** 1 year ago

She's about to lose her Real Estate license.

👍 115  👎    REPLY

▼ View 6 replies



**MD** 1 year ago

I could watch this all day.

👍 5  👎    REPLY



**zammmerjammer** 1 year ago

Looks like Insurrection Barbie didn't get her pardon.

👍 146  👎    REPLY

JD P 1 year ago

She's making some great life decisions, no PayPal no pardon take some responsibility for your actions!

👍  👎    REPLY

Jack Isaak 1 year ago

Yet another conservative grifter.

👍 147  👎    REPLY

▼ View 4 replies

mekeiawatson 1 year ago

The sense of entitlement of these Karen's. It boggles my mind.

👍 2  👎    REPLY

Nat Turner great grandson 1 year ago

This just keeps getting better and better. Fired from their jobs, no fly list, and jail time. What a time to be alive!!😂
😂😂😂

👍 3  👎    REPLY

Leah Reposa 1 year ago

When I would get into trouble as a kid and try to blame stuff on my friends, my folks were like: "I DON'T CARE IF THE PRESIDENT OF THE UNITED STATES ASKED YOU TO DO IT...." apparently, my folks had me better prepared for the future....

👍  👎    REPLY

jennake lee 1 year ago

no paypal for "Domestic terrorists"

👍 85  👎    REPLY

▼ View 4 replies

Rudy Lilia 1 year ago

This woman has done already many illegal activities, why not put her to jail like some others do.. No mercy, i think cuz shes rich thats why shes not yet being lock up?

👍 44  👎    REPLY

▼ View 3 replies

josgn 1 year ago

Keep em coming I'm loving it 😂😂😂😂



**DarkManKind** 1 year ago

Damn! She was a realtor. Well sucks to be her.

👍 85   👎   REPLY

▲ **Hide 8 replies**

    **ナイジェル** 1 year ago

    Now she's a Traitor😬

    👍 12   👎   REPLY

    **6 H** 1 year ago

    Probably a trump U graduate.

    👍 5   👎   REPLY

    **Desiree Salas** 1 year ago

    She was a 'life coach' as well. I, myself, had followed her YouTube channel for yrs

    👍 2   👎   REPLY

    **itgetter9** 1 year ago

    "Traitor Realty: We Do Windows!"

    👍 2   👎   REPLY

    **C B** 1 year ago

    @ナイジェル Don't you Realtraitor?

    👍   👎   REPLY

**Tom Matthews** 1 year ago

@Desiree Salas I guess she could write a book on How to Rebuild your Life after Storming the Capitol! 😊

👍 3   👎   REPLY

**Michael McCowan** 1 year ago

@Desiree Salas WTF is a life coach and she probably needs one now.

👍   👎   REPLY

**Jea H** 1 year ago

Damn... she's gonna lose her real estate license, too bad she could've networked in prison.

👍 11   👎   REPLY

▼ **View 2 replies**



**J Grant** 1 year ago (edited)

She's also a life coach on YouTube: SelfLoveU

👍 40   👎   REPLY

  **Hide 14 replies**

**Beautifully Broken but standing strong.** 1 year ago

Lol life coach who was deluded by trump she even has a video on how to not let someone take over ur life haha 😄 maybe she should take her own advice

👍 19   👎   REPLY

**Spicy Ibis** 1 year ago

Just took a peek. She literally has a video called "Why me? Overcoming victim mentality" This just writes itself!

👍 18   👎   REPLY

**Beautifully Broken but standing strong.** 1 year ago

@Spicy Ibis  I am shocked she didn't take her own advice. Look at her how to say no to people lol

👍 8   👎   REPLY

**Vampire Slayer** 1 year ago

She claims to be an expert in Malignant Narcissistic Personality Disorder and Codependency. Yet she is Qnon and a Trump Cultist?

👍 21   👎   REPLY

**Cyrious** 1 year ago

I'm going to look I feel like being a troll right now 😄

👍 5   👎   REPLY

**Nomad Gatewood** 1 year ago

Hopefully this real estate agent will be shown a compact 8 by 8 1 person loft with concrete walls and a solid steel door.

**D. Turk** 1 year ago

She exhibits extremely poor judgment for claiming to have the skillset to be a life coach. Hopefully the folks that interacted with her have better sense than to listen or follow her poor example.

👍 2   👎   REPLY

**Michael Jordan** 1 year ago

I hear she's pretty good at selling houses.  She can start with her own if she needs money.

👍 1   👎   REPLY

▼ View reply

**Jay Pat** 1 year ago

I have a feeling she will lose more than a PayPal account!

👍 2   👎   REPLY



**Hyrum Hunter**



She smells like cheap cat food and overpriced water. I would never recommend her even if she paid......

Reply to review



**Kyle Hall**



Never returned my phone call.

Reply to review



**Courtney Snyder**



Leaving this review for my grandparents, they do not use the internet much. My grandma and papa...

Reply to review



**Moogle McGee**



Was looking to move to the area and wanted to use this company. That is until I found out that...

Reply to review

https://mail.google.com/mail/u/1/?ik=31d3e33b2b&view=pt&search



**Hyrum Hunter**



She smells like cheap cat food and overpriced water. I would never recommend her even if she paid......

Reply to review



**Kyle Hall**



Never returned my phone call.

Reply to review



**Courtney Snyder**



Leaving this review for my grandparents, they do not use the internet much. My grandma and papa...

Reply to review



**Moogle McGee**



Was looking to move to the area and wanted to use this company. That is until I found out that...

Reply to review

**So Answer Away** 1 year ago

Life in jail without parole.

👍 👎 REPLY

**B Frost** 1 year ago

SO GOOOD!!!

👍 1 👎 REPLY

**itweety21** 1 year ago

LMAO 😂😂😂 her life is destroy just to have one day of fun. The Donald never came to help her with that pardon. It was never about you it was always about him he is now in florida 🏖 while you 🏃 in jail damnnnnnn 😂.

👍 👎 REPLY

**Mrpear234** 1 year ago

Pay Pal donations for Real estate business losses??? She has a house and access to a "private jet". Living on the edge like that i'd overthrow the greedy government too.

👍 👎 REPLY

**Belle Belle Belle** 1 year ago

Thought she would be in jail by now.

**Wil Rodriguez** 1 year ago

No pardon. Sedition=20 years

👍 👎 REPLY



**Jerry Nelson** 1 year ago

Destroyed your life for a narcissistic con man.

👍 👎 REPLY



**Gladys Harris** 1 year ago

Give money to covid or families affected by riot not the person in the riot!

👍 👎 REPLY

**B**

**Brandon Lee** 1 year ago

Yaaaaaaasssss that's what she gets for breaking in and entering 😂😂😂😂😂😂😂

👍 👎 REPLY

**R**

**Random Name 12** 1 year ago

Lock her up!



**Veronica Perez** 1 year ago (edited)

No more cute boy?
No more privet jet?
No pardon for her ?
Now she need doneccions for the lawyers. 🐀

👍 👎 REPLY

**B**

**Bob E** 1 year ago

Asking for donations... what a joke. It's been a couple weeks

👍 👎 REPLY



**Michael Cardenas** 1 year ago

She's a conspiracy realtor she'll sell you a lie for $300,000

👍 👎 REPLY

**R**  Richard Thomas 1 year ago

Of all the thugs that stormed the capitol on January 6 she is the one I hope gets the most time!!!

👍  👎  REPLY

**T**  TCrob 1 year ago

How long have you people lived in this country? What leads you to believe that this woman will face any true consequences?

👍  👎  REPLY

**T**  Troy Williams 1 year ago

They are really coming down hard on this lady ...I almost feel bad for her.....ALMOST😄😆

👍  👎  REPLY

Rodsuper 1213 1 year ago

Hell yeah and why was she allowed to go home!!!!  She needs to be in PRISON FOR HER CRIMES AGAINST AMERICA!!!!

👍  👎  REPLY

**C**  crowsin2007 1 year ago

Can anyone provide an example of a lower form of life than a private jet travelling insurrectionist real estate agent that asks people for donations?

👍  👎  REPLY



**Danny Aquino** 1 year ago

20 years!!!

👍  👎    REPLY

**Beast Guap** 1 year ago

We to take her realtor license away immediately that disgusting behavior it should not be allowed she needs to be removed from your job immediately

👍  👎    REPLY

**Mohmed Patel** 1 year ago

Lots of stuff going to close for her including closing cost of the houses she won't sell 😂 😂😂

👍  👎    REPLY

**kusama ID** 1 year ago

New Realtor in jail.
There is isolation cells, reguler cells, high security cells, etc.

👍  👎    REPLY

**Robert Hyde** 1 year ago

Maybe she could sell some jail cells now.

**JJ** 1 year ago

She is a hot mess.  Well, she might need that stimulus check and apply for unemployment.

👍 1   👎   REPLY

**BELL TUNNEL** 1 year ago

She's a grifter too!

👍   👎   REPLY

**Alan Cortez** 1 year ago

Lock her up lock her up 😂😂😂😂😂

👍   👎   REPLY

**Martial Law2** 1 year ago

How's that private jet working out for you? 😂😂😂

👍   👎   REPLY

**Meta Zone** 1 year ago

Hint: antifa rioters and the segment of blm rioters - bad.  Those who stormed the Capitol-bad.  Sitting president who incited rioters - bad.  Hint 2: if someone points out that capitol rioters are bad, it doesn't mean that they think blm rioters, antifa rioters, the holocaust, stalin, hitler, stale bagels, etc are good.  Get it?

👍   👎   REPLY

**Ammo Doom** 1 year ago

Aw poor traitor.

👍   👎   REPLY

⋮

**Bryan A** 1 year ago

Flew a jet but is now asking for donations?

👍   👎   REPLY

**DGO DRUMMER** 1 year ago

grifter, plain and simple

👍   👎   REPLY

 **James Vertin** 1 year ago

Lost a PayPal account, should of kept it open and all money goes to help pay for Capital damages

👍 👎 REPLY

 **Meta Zone** 1 year ago

Hint: antifa rioters and the segment of blm rioters - bad.  Those who stormed the Capitol-bad.  Sitting president who incited rioters - bad.  Hint 2: if someone points out that capitol rioters are bad, it doesn't mean that they think blm rioters, antifa rioters, the holocaust, stalin, hitler, stale bagels, etc are good.  Get it?

👍 👎 REPLY

**b** **big D** 1 year ago

I'm sorry if I brought property from her I would be doing a double take to make sure she didn't beat me 😊 see this is what happens when you don't stay in your own lane

👍 👎 REPLY

**G**  **G HUD** 1 year ago

**I hope she gets at least 10 yrs in jail**

👍 👎 REPLY

**David L** 1 year ago

Why does she still have a Twitter account?

👍 👎 REPLY



**CUISINE ALL FUN TRAVEL NETWORK EVENTS LIFESTYLE** 1 year ago

They have all the balls to collect money fir insurrection! Wow this lady will regret - she has a big spot in prison 😆

👍 👎 REPLY

**Savage O** 1 year ago

Rich people always ask for donations when they mess up and lose everything. LET THEM SUFFER!

WALMART IS HIRING!

👍 👎 REPLY



**Pamela Wing** 1 year ago

Oh dear, poor thing. What a piece of work that woman is.

👍 👎 REPLY



**Larry Buss** 1 year ago

Great for PayPal. There are too many frauds string up PayPal finding sites.

👍 👎 REPLY

**Richard Pasquale** 1 year ago

Now I hope she gets some jail time and people find another realtor

👍 👎 REPLY

**Aicha S** 1 year ago

Wow, I'm shocked because she has a youtube channel SelfloveU where she talks about narcissism but yet she supports the biggest narc? 🌚

👍 👎 REPLY

**Sol H** 1 year ago

I am so proud to be an American where our security stepped in and took measures finally to protect and save the constitution and history of 🇺🇸.

👍 3 👎 REPLY



**Olivia Moore** 1 year ago

Actions have consequences

👍 👎 REPLY

**L. Lockleer** 1 year ago

She should've got some help for her racism problem. She listened, followed, committed insurrection, charted a plane, bragged that it was the "best day of her life!" She waited for her leader to pardon herself and her fellow seditionists, she's been jailed now PayPal has cut her off! Bet these are not good days for her, her time of reckoning..

👍 1 👎 REPLY

**BrendaAnne** 1 year ago

Accountability & Consequences
Checkmate ✅

👍 👎 REPLY

**Philip Fitzsimons** 1 year ago

She gave cover to the people who killed the police man she doesn't feel guilty. hope she gets five years

👍 3 👎 REPLY

**guruphiji** 1 year ago

Who will trust an agent that lies?? She lied in her deposition to the police and said she never went inside the Capitol. She was caught by several cameras inside the building! I hope the real Estate parent company she works for will take that in consideration. Lost of trust is one cause for immediate termination .

👍 👎 REPLY



**Tim Elinoff** 1 year ago

So awesome. Keep it coming!

👍 👎 REPLY



**Frank Serpico** 1 year ago

She's about to lose her Real Estate license.

👍 115 👎 REPLY

▼ View 6 replies



**mcnuggs** 1 year ago

She's probably entitled enough to believe the inauguration can still be reversed so she can get her pardon from Trump.

⋮

👍 👎 REPLY

**Nat Turner great grandson** 1 year ago

This just keeps getting better and better. Fired from their jobs, no fly list, and jail time. What a time to be alive!!😂😂😂😂

👍 3 👎 REPLY



**Dan210871** 1 year ago (edited)

"Why am I suffering the consequences of my illegal actions? Why!!! I'm a white Republican. Consequences are for other people!"
BROUGHT TO YOU BY THE PARTY OF PERSONAL RESPONSIBILITY

👍 👎    REPLY



**Devin Devon** 1 year ago

Wait, her president didn't pardon her, what a shame. She'll be happy to know he found the time to pardon Lil Wayne. Har, har, har.

👍 235 👎    REPLY

▼ View 23 replies



**Rudy Lilia** 1 year ago

This woman has done already many illegal activities, why not put her to jail like some others do.. No mercy, i think cuz shes rich thats why shes not yet being lock up?

👍 44 👎    REPLY

▼ View 3 replies

 **neuromantoo** 1 year ago (edited)

Shoulda flown coach instead of flying on a private jet.

👍 565   👎   REPLY

▾ View 14 replies

 **Joel Relova** 1 year ago

"Everyone's got a plan until they get hit in the face..." - Michael Tyson.

👍 3   👎   REPLY

 **Beach Bum** 1 year ago

So.... No more private jets?

👍 120   👎   REPLY

▾ View 2 replies

 **jennake lee** 1 year ago

no paypal for "Domestic terrorists"

👍 85   👎   REPLY

▾ View 4 replies

 **808080** 1 year ago

I'm watching every single one of these local news broadcasts about seditious rioters being arrested or getting removed from services. Gives me faith in our country

👍 173   👎   REPLY

▾ View 12 replies

**JERRY RICHARDSON** 1 year ago

Throw the book at her, convict, and give her the maximum sentence, please.

👍  👎  REPLY

**Caliente Beats** 1 year ago

Good for her

👍  👎  REPLY

**Michael Inglis** 1 year ago

GOOD FOR THEM!

👍  👎  REPLY

**Drummer Dave's House** 1 year ago

Unbelievable! Lock her up!

👍  👎  REPLY

**sup B** 1 year ago

Good for her

👍  👎  REPLY

**guywerb** 1 year ago

The law strikes back. It's about time.

👍 👎 REPLY

**TO** 1 year ago

Domestic terrorists MUST do serious jail time. Trying to overthrow this democracy is unforgivable.

👍 👎 REPLY

**Julita Morrow** 1 year ago

These dangerous people are liabilities to the nation. Bring them to prison and let them pay their wrongdoings, either rot in jail, render community service, and pay for damages they've done.

👍 👎 REPLY

**Covfefe Dotard BLM** 1 year ago

All insurrectionists need long jail terms

**Beth A** 1 year ago

So sad🙁

👍 👎 REPLY

**guy arrol** 1 year ago

If a murder occurs during the commission of a crime all involved must be charged with murder

👍 👎 REPLY

**Firebrand** 1 year ago

Throw the dirty traitor in prison and throw away the key!!!!!

👍 👎 REPLY

**Alfred Montoya** 1 year ago

HAHAHAHAHA!!!!! She's "PROUD" to have done what she's done......PATHETIC!!!

👍 👎 REPLY

**doug148877** 1 year ago

Embarrassed to be from the same country as this human.

👍 👎 REPLY



**JP F** 1 year ago

Wow the nerve ... Unbelievable. Donate those money to the poor and the evicted!

👍 👎 REPLY

**Les Louisson** 1 year ago

She needs to be made an example of. Six months in prison would be a start.

👍 👎 REPLY

**Felicia** 1 year ago

Yay!! She has a you tube channel that is supposed to be helping people who have been in abusive or toxic relationships. I used to watch her channel and I feel duped because she supports toxic destructive behavior. She is a fraud. I hope she gets what she deserves.

👍 👎 REPLY

**MsK_byTheWay** 1 year ago

You are free to make whatever choice you want, but you are not free from the consequences of the choice!

👍 👎 REPLY

**Jacqueline Creasey** 1 year ago

Lock her up in prison maximum sentence no mercy.



**knotty Al** 1 year ago

Traitors in jail don't need PayPal. Lock her up!

👍 👎   REPLY



**LIT** 1 year ago

This could sound, selfish. I'm hooked on watching the Capitol arrest. Bc it's like watching COPS, but...different.

👍 👎   REPLY



**Andrew Dahl** 1 year ago

Hmmmm... You know that thing "White Privilege" that keeps getting bandied about? Jenna Ryan could be a poster child for this idea. Dresses nice. Lives in a lovely home in the suburbs. Has the cash to take a private jet to the insurrection she engaged in. Is caught on video declaring the intent is to break windows, and commit crimes. Flies hom...

Read more

👍 1 👎   REPLY



**Alexander Allan** 1 year ago

Insurrection Barbie was a bad girl. She will be held accountable, her plea for a pardon fell on deaf ears.

Don't do the crime , if you can't do the time.

👍 1 👎   REPLY



**Yoko Sanchez** 1 year ago

BAHAHAHA.... these people are vile

👍 👎   REPLY



**Ripp Enterro** 1 year ago

I deal with these karen realtors in TX all damn day, they are the worst business people and rude as hell.

👍 👎   REPLY



**jarrhead JA** 1 year ago

Hahaha she thought she could lie to everyone

⋮



**Hack Attack** 1 year ago

Now what is she going to do without a PayPal account?

👍  👎    REPLY



**wkruit** 1 year ago

One by one. They ALL go down. ALL OF THEM!

👍 1  👎    REPLY



**Mike Resendez** 1 year ago

HAHAHAHAHAHAHAHA THATS WHAT YOU GET

👍 2  👎    REPLY



**Leafbinder** 1 year ago

Awe isn`t that cute she`s sharing a Peace sign while standing next to a broken window. Oh wait now shes crying she got the wrong attention an wont be able to use Paypal. And they say Blondes have more Fun LOL.



**Wanda Alabarces** 1 year ago

Great news! She should lose her real estate license. Knock, knock...it's the FBI, 5am. Love it!

👍  👎    REPLY



**Wil Rodriguez** 1 year ago

No pardon. Sedition=20 years

👍  👎    REPLY

 Gmail

Jenna Ryan <jennaryanrealty@gmail.com>

# (no subject)

**Jennifer Rodgers** <firstplacerealestatedfw@gmail.com>    Fri, Mar 5, 2021 at 4:58 PM
To: Jenna Ryan <jennaryanrealty@gmail.com>

Show this thread





I'm so proud of you for outing her for who she is, and not
letting her steal your happiness. Your sister has some
serious mental issues, it baffles me that she is a "life
coach" and even proclaims to know how to help you deal
with a narcissist.

11:19 PM · Jan 18, 2021 · Twitter for iPhone

e

--



Jennifer Rodgers - Broker
**First Place Real Estate**
6160 Warren Parkway Ste: 100 | Frisco, TX 75034
469-491-0587 | firstplacerealestatedfw@gmail.com
FirstPlaceRealEstate.net | Download Mobile App

American Traitor

Reply

○

 Lisa says

January 8, 2021 at 2:22 pm

It wasn't THE CAPITOL building ..that is a federal offense with 10 years for trespassing in federal property, for vandalising. She should be hauled to the max and anyone else who participated in this riot. And for one BLM was protesting police brutality..not because they were pissed because their role model didn't win the election...big big difference.

Reply

○

 Chris says

January 8, 2021 at 3:14 pm

If you know their names, post them. If not, don't speak and spread lies. We are done with right wing fake news.

Reply

○

 Ronnie says

January 8, 2021 at 6:54 pm

BLM was not involved in the destruction of the Capitol, death of a Capitol police officer and the attack on American democracy. What an idiotic statement to compare the actions of BLM vs the domestic terrorist who should all be imprisoned.

Reply

o

 FH says

January 8, 2021 at 8:36 pm

Marches and outrage over the murders of unarmed black men and systemic racism is not remotely close to attacking the legislative branch of the U.S. government by storming the Capitol in a coup attempt. One is for social justice. The other is treason and sedition – and, solely because your candidate came out on the losing end of an election. SMH

Reply

 Steve says

January 8, 2021 at 11:45 am

Her realtor license should be revoked immediately, and she should be charged with the crimes she has admitted to doing in her posts. Then, she should be in prison.

Reply



CG in TX says

January 8, 2021 at 12:05 pm

Thank you for posting this....The thugs that disgraced our country need to be held accountable. Even though I strongly disagree, she had every right to say the election was stolen, but she had no right to trespass and participate in that mob.

In case you're wondering:
Her twitter is @JennaRyanRealty
The radio that hosts her show is @talkradio1190

Reply



JJ says

January 10, 2021 at 5:34 am

Iheartradio cancelled her. She left them an angry tweet on her Twitter page.

Reply



Tx in CA says

January 8, 2021 at 12:11 pm

And it's important to note that the group that stormed the Capitol carried Confederate flags, with some sporting anti-Semitic tees. Check the Washington Post pictures.

Reply

-  Steve says

January 8, 2021 at 12:25 pm

She should be reported to the federal authorities and held fully accountable for her despicable actions against our democracy and nation.

Reply

○  Geoff B says

January 12, 2021 at 1:03 pm

replace "she" and "her" with "Democrats" and you are spot on!

Reply

-  Janey Phillips says

January 8, 2021 at 12:47 pm

Why are you giving lip service to this criminal by giving her space on this normally informative blog? She should be fired, lose her license, and charged with criminal trespass and accessory to murder. I would never hire, do business, or associate with someone of this ilk.

January 8, 2021 at 1:50 pm

I certainly hope Candy's Dirt published articles with as much detail about the riots and looting and shootings in 2020.

Reply

 R. Simmons says

January 8, 2021 at 1:56 pm

Cult member. Kool aid brigade.

Reply

 Gabriel says

January 8, 2021 at 2:02 pm

I hope they pull her license to sell real Estate they just need to put her I jail I'am okay with peaceful protest but what they did was just uncalled for hateful and right we look ridiculous to the whole world and that what Trump wanted ..I can't stand him ....

Reply

 Debbie says

January 8, 2021 at 2:43 pm

And Candy's Dirt posted this because…?

Reply

○



Chris says

January 8, 2021 at 3:17 pm

Because she is an agent first and secondly, a domestic terrorist. She will be
punished to the fullest extent of the law as president Trump said.

Reply

●



Mami Nunya says

January 8, 2021 at 3:34 pm

Check out her previous disciplinary actions with TREC, the realtor licensing board. She
apparently was practicing without a license in 2019. Look her up. You can also file a
complaint at: trec.texas.gov/public/how-file-complaint.

Reply

●



Patty says

January 8, 2021 at 4:24 pm

# North Texas Realtor Jenna Ryan Says She Regrets Rioting For Trump

**Comments**



1. Preston Butango says

February 10, 2021 at 5:01 pm

Hindsight is 20/20. Regrets only because she was caught, arrested and charged. Talk about a deficit in critical thinking by the insurrectionists. Trump lied, people died. Lock them all up in federal prisons.

Reply



2. Bill says

February 11, 2021 at 10:12 am

I agree with Preston Butango, she only regrets is now since she was caught. I bet if she wasn't caught she would still be bragging about it. Hopefully she'll do what trump said – remember this day forever. It will give her something to do while in prison.

Reply



3. Stephen says

February 11, 2021 at 12:25 pm

I agree with the other commenters. Indeed, the time for regret would have been January 5th or before. There were plenty of places to find the "truth" if she wanted to. She was gambling, went all in on her bet

(as that she had much, according to this post) and lost.

She should put on her big girl panties and accept the consequences. If she's big enough to raid the Capitol (I mean, REALLY?), she is big enough to spend a couple of years in jail

I'm sorry, Jenna. Not a whole lot of sympathy from where I sit.

Reply



4.     **Dr. Timothy B. Jones** says

February 11, 2021 at 1:27 pm

I appreciate her convenient change of heart. However, it doesn't change that she must be sentenced to several years of confinement in order for her to not need such a change of heart again. What she did is UnAmerican and places in jeopardy the basics of democracy. She is a danger to civil society and the rule of law. I pray she be given a prison sentence that provides her enough years of reflection for her to understand the social contract required to live among society.

Reply



5.     Neighbor says

February 11, 2021 at 4:26 pm

These people only blame Trump as a way of deflecting their own responsibility. It's like Antifa saying Biden sent them to destroy Portland. I am not buying the bull.

Reply



6.     Preston Butango says

February 12, 2021 at 2:42 am

Had the insurrectionists been a group of teenagers, the media would have been all over the story from multiple angles (drugs/violent video games etc). The youngest reported offender in this whole mess is aged 18 and the average age of these adult is well over 30. All of them have been eating up the lies of

the past 4 years. Many of them are Q-Anon followers hook, line and sinker. They are an active echo chamber of meme idiocy that made the decision to attend Washington DC. Any regret they are showing is a direct result of federal criminal charges they are facing. Once Jenna Ryan is tried, convicted and officially a felon, does she face the loss of her real estate license? It would be shameful that a group of hard-working agents, brokers and sales people be painted by the same brush as their most infamous member.

 Gmail

Jenna Ryan <jennaryanrealty@gmail.com>

## You have been reported to the FBI

**Antifascista Avengerina** <antifascistala@gmail.com>

Sun, Jan 10, 2021 at 2:37 PM

To: JennaRyanRealty@gmail.com

Dear Terrorist Karen,

You are officially reported to the FBI for your participation in the insurrection on our nation's capitol on January 6, 2021. Video evidence, photographic evidence and your business address have been forwarded to them. Screenshots have been saved and they are attached. You can run but you can't hide, boo. You're officially a criminal. I suggest you turn yourself in. Your business has been reported to the Better Business Bureau for participating in a terrorist attack against the US government. If you don't believe you have been reported just go to fbi.gov/USCapitol site. You wanted to be a patriot, well, you actually turned into an insurrectionist.

No amount of PR is going to save you. Your little interview on Spectrum made you look even more entitled, Karen. You should be paying for the damage you and your racist fascists thugs caused to our nation's capital. You're such a proud patriot but you and your MAGAT buddies were responsible for the murder of a capitol police officer bludgeoned to death, along with four idiot MAGATS from your side that were in the wrong place at the wrong time by their own design. Hope you're proud that the Orange Clown rapist you follow almost murdered the Vice President along with the line of succession to the presidency. You play stupid games, you win stupid prizes, Karen.

Antifascista

---

**3 attachments**



**E0420828-5B7C-41B3-A719-7B0D54160DD3.jpeg**
3391K

8:21

Greeting                                      Edit

# Voicemail

and you came recommended to
me by _ one of my neighbors so
I was just wondering if I could
maybe inquire about using your
services ___ maybe you could
give me a ring sometime at oh
I'm just kidding you're a
_____ horrible human being
and you're a _____ fascist
____ rest I hope you get
_____ raped and your kids
get raped and _____ kill you
and drag your dead _____
body through the _____
glass you _____ _____
disgusting piece of _____."

**+1 (914) 584-3436** Yesterd:
White Plains, NY            00:24  (i)

● **Unknown**                Yesterday
unknown                      00:18  (i)

★          🕐          ⊙          ⠿          ◖24
Favorites  Recents  Contacts  Keypad  Voicemail

4:39

 128   

+1 (504) 233-9018 ›

Oh wait.... you're a traitor to the United States, am I right, whore?

Can't wait to come find your treasonous ass. Gonna hang you like you deserve, ugly cunt



Look familiar?

Wait until we hoist it outside your office, your traitor

   

