**Exhibit X-4 - FBI Statement of Facts Affidavit from the FBI**
**Next to Sedition Hunter's Post**



Side-by-side screenshots show identical images and captions used in both the FBI's official Statement of Facts affidavit and Sedition Hunters' social media content. This duplication confirms investigatory coordination and narrative sharing between federal agents and non-governmental actors, supporting Plaintiff's claims of conspiracy under 42 U.S.C. § 1985(3), investigatory outsourcing without oversight (Brady Violation #13), and defamation under color of law.