## Exhibit X-4.1 – Sedition Hunters "Perp Sheet" Surveillance Archive

Plaintiff includes this exhibit to demonstrate the stigmatizing, dehumanizing, and politically charged manner in which Sedition Hunters publicly catalog individuals associated with January 6. The webpage, titled "Perp Sheet," functions as an online suspect board—complete with nicknames, photo tags, and color-coded status markers—framed in the language of criminal guilt and national threat.

The term *"Perp"* (perpetrator) connotes criminal conviction and moral judgment, despite the fact that many individuals listed have not been charged or were involved in only peripheral or constitutionally protected activities. The styling and language of the page reflect a **cultural animus and mob mentality**, rather than legitimate investigatory neutrality.

https://seditionhunters.org/perpsheet/



