IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER L. RYAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-00325-X-BT |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| JUSTICE et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION</u> OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation (FCR) of the United States Magistrate Judge, dated February 26, 2026 (ECF No. 42). Plaintiff responded to the FCR, indicating that she "does not object to the FCR's core jurisdictional conclusions as a matter of law." *See* ECF No. 43, at 1. Even so, Plaintiff's Response raises several objections. *See id.* 2–7. The Court has made a *de novo* review of those portions of the FCR to which objections were made. The objections are overruled. The Court reviewed the remaining portions of the FCR for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 10th day of March, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE