IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER L. RYAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-00325-X-BT |
| | § | |
| UNITED STATES DEPARTMENT OF JUSTICE et al., | § § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (ECF No. __). Accordingly, Defendants' Motions to Dismiss (ECF Nos. 26, 27) are hereby **GRANTED**. Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 30) is **DENIED**.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the above action is **DISMISSED** without prejudice.

**SO ORDERED,** this 10th day of March, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE